1
2
3
4

Monica Perales (297739)
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

5

Attorneys for Plaintiff
Everette Lee Chaney

6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

9

EVERETTE LEE CHANEY,

10

Plaintiff,

11

vs.

12

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

13

14

Defendant.

15

) Case No.: 1:14-cv-00638-GSA
)
) **ORDER EXTENDING BRIEFING**
) **SCHEDULE**
)
)
) (Doc. No. 14)
)
)
)
)
)

16

Based on the request of Plaintiff Everette Lee Chaney for an extension of

17

time by one day to file his opening brief (Doc. No. 14), the Court hereby grants,

18

nunc pro tunc, a one day extension to Plaintiff to file his opening brief. Plaintiff's

19

opening brief, which was filed on December 23, 2014, will be deemed timely filed.

20

Defendant shall file any opposition brief on or before January 22, 2015 and

21

Plaintiff may file any reply brief on or before February 6, 2015.

22

IT IS SO ORDERED.

23

Dated:   **December 30, 2014**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

24
25
26